Sterling BOONE, Plaintiff—Appellant,

v.

Randy LEE, Superintendent; William
Mayo, Sargeant; Jeff Battle; Lenwood Knight; Ricky Anderson, Defendants—Appellees.

No. 03–7710.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Sterling Boone, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

646

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Sterling Boone appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Boone's motion to proceed on appeal in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Boone v. Lee,* No. CA–03–722–5–FL (E.D.N.C. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*